IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CODIE WILLIAMS,

      Plaintiff,                             No. CIV S-11-1538 EFB P

      vs.

CITY OF SACRAMENTO POLICE DEPARTMENT, et al.,

      Defendants.                      ORDER

                                /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      On March 6, 2012, the court dismissed plaintiff's complaint with leave to amend. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint may result in this action being dismissed.

////

////

////

1

1     The 30-day period has expired and plaintiff has not filed an amended complaint or
2 otherwise responded to the court's order.
3     Accordingly, it is hereby ordered that this action is DISMISSED for failure to prosecute
4 and failure to state a claim. Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A(b).
5 Dated: April 30, 2012.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE